11/19/2012 10:46 FAX    ☒001

# MEMO ENDORSED



## KOTZKER LAW GROUP

TRADEMARK • COPYRIGHT • INTERNET LAW

---

DIRECT E-MAIL:
JASON@KLGIP.COM

WEBSITE:
WWW.KLGIP.COM

November 19, 2012

**VIA FACSIMILE (914) 390-4298**

The Honorable Edgardo Ramos, District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **Request for Continuance of Status Conference**
                *Malibu Media, LLC v. John Does 1-11, Case No. 7:12-cv-3810-ER*

Dear Judge Ramos:

    Please be advised that undersigned represents Plaintiff in the above captioned matter. I write to request a brief continuance of the pretrial conference currently scheduled for Thursday, November 29, 2012 at 12:00 pm, as I am scheduled to appear at a previously scheduled conference in the District of Colorado on the same day, at 9:30 am, MST (*Malibu Media, LLC v. John Does 1-33*, Case No. 1:12-cv-01394-WYD-MEH).

    Undersigned anticipates that the conference will last about two (2) hours. Accordingly, undersigned respectfully requests that the pre-motion conference scheduled for November 29, 2012 at 12:00 pm be rescheduled for a later time on that day, until at least after 2:30 pm EST, or continued to a later date, as the Court's schedule may permit.

    Should you have any comments or concerns regarding the foregoing, please do not hesitate to contact me at (303) 875-5386.

Very truly yours,

JA [signature]

KOTZKER LAW GROUP

cc: M. Ty Rogers via email

9609 S. University Blvd., #632134, Highlands Ranch, CO 80126
Phone: (303) 875-5386 • Info@KLGIP.com

---

**The application is** ☒ granted.
                            ☐ denied.

[signature]
Edgardo Ramos, U.S.D.J.
Dated: Nov. 20, 2012
White Plains, New York

Pre-motion conference remains scheduled for Nov. 29, 2012 but is moved to 3:00pm EST.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2012

# RAY BECKERMAN, P.C.
*Attorneys at Law*
108-18 Queens Boulevard, 4th Floor
Forest Hills, NY 11375
Telephone (718) 544-3434 Fax (718) 559-6584
Email: mtrogers@beckermanlegal.com
Web site: http://beckermanlegal.com

*Morlan Ty Rogers*
*Of Counsel*

November 19, 2012

**BY FAX (914) 390-4298**

Hon. Edgardo Ramos, District Judge
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

   Re: Malibu Media, LLC v. Does 1-11
     Case No. 12-cv-3810 (ER)

Dear Judge Ramos:

  I received the letter of plaintiff's attorney, Jason Kotzker, Esq., requesting that the conference in this matter scheduled for November 29, 2012 at 12:00 noon be adjourned to a later time on that date, such as 2:30 p.m., or to a later date.

  I have no objection to rescheduling the conference to a later time on November 29th, such as 2:30 p.m.

  In the event that it is necessary to adjourn the conference to another date, I would like to inform the Court that I will be unavailable all day on November 30th, the morning of December 3rd, the afternoons of December 4th and 5th, and all day on December 6th.

  I am available on December 3rd any time after 12:00 noon, on December 4th any time before 2:00 p.m. and on December 5th any time before 1:00 p.m. Thank you for the Court's consideration.

                 Respectfully yours,

                 Morlan Ty Rogers

cc: Jason Kotzker, Esq.
  (by email jason@klgip.com )